683 A.2d 290

**TOWN OF McCANDLESS, a municipal corporation, Petitioner,**

v.

**Dom BELLISARIO, t/a Bellisario's Restaurant, Respondent.**

Supreme Court of Pennsylvania.

Oct. 9, 1996.

J. Howard Womsley, Robert Alton Wilson, Pittsburgh, for Petitioner.

## ORDER

PER CURIAM:

AND NOW this 9th day of October, 1996, the Petition for Allowance of Appeal is GRANTED as to the issue of whether a civil enforcement proceeding for a violation of a municipal ordinance is governed by the Rules of Criminal Procedure even though the enforcement remedy does not provide for imprisonment upon conviction or upon failure to pay a fine or penalty. Oral argument shall be heard.

NEWMAN, J., did not participate in the consideration or decision of this matter.